ORIGINAL

FILED
SEP 28 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WEEKS MARINE, INC., :
Plaintiff, :
v. : No. 07-700 C
THE UNITED STATES, :
Defendant. :

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff WEEKS MARINE, INC. moves the Court for a preliminary injunction enjoining the U.S. Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from proceeding with the solicitation of proposals under RFP No. W912EP-07-R-0007, pending a final determination of the merits by this Court. A Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction is filed herewith.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com

Date: 9-26-07

Counsel of Record for
WEEKS MARINE, INC.