FILED
SEP 28 2007
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEEKS MARINE, INC., Plaintiff, | : | |
| v. | : | No. 07-700 C |
| THE UNITED STATES, Defendant. | : | |

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, WEEKS MARINE, INC., by and through the undersigned counsel, respectfully moves this Court for a Temporary Restraining Order preventing the Defendant, its officers, agents and employees, and all other persons active in concert or participation with them, from proceeding with the solicitation of proposals under RFP No. W912EP-07-R-0007, until further Order from this Court. The grounds for this Motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

Dated: 9-28-07

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
WEEKS MARINE, INC.