IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEEKS MARINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-700C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Loren Misha Preheim, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Loren Misha Preheim
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Phone: (202) 305-3087
Fax: (202) 305-0972
E-mail:Misha.Preheim@usdoj.gov

Dated: October 1, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 1st day of October, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim