IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WEEKS MARINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-700C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

In an effort to resolve the plaintiff's pending request for a Temporary Restraining Order ("TRO") in this pre-award protest, the U.S. Army Corps of Engineers, the agency responsible for the solicitation at issue in this case, has agreed to suspend issuance of the solicitation in this case until October 25, 2007. Accordingly, the parties agree that resolution of the pending TRO request is unnecessary.

Thus, in view of the need to have this matter resolved expeditiously, the parties respectfully request that the matter be decided through cross-motions for summary judgment on the administrative record as follows:

October 5, 2007 - Filing Administrative Record

October 15, 2007 - Cross-motions for Summary Judgment on the Administrative Record

October 19, 2007 - Reply Briefs

Not later than October 24, 2007 - Oral Argument

Because the agency has voluntarily agreed to suspend the issuance of the solicitation at issue here until October 25, 2007, the parties jointly request that the Court issue a ruling, either oral or written, upon this protest by that date.

Counsel for plaintiff, Michael H. Payne, Esq., has authorized defendant to represent that he agreed to this Joint Status Report and Proposed Briefing Schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

October 1, 2007

Attorneys for Defendant