# In the United States Court of Federal Claims

No. 07-700C

(Filed: October 2, 2007)

```
*************************************** *
                                        *
WEEKS MARINE, INC.,                     *
                                        *
                   Plaintiff,           *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

ORDER

On October 2, 2007, the Court conducted a conference on the record with counsel for the parties to consider the status of the U.S. Army Corps of Engineers' proposed procurement for dredging and shore protection projects in the South Atlantic Division, and to discuss a briefing schedule for cross-motions for judgment on the administrative record. Defendant has represented in an October 1, 2007 Status Report that the agency has agreed to suspend the issuance of the solicitation until October 25, 2007. Accordingly, Plaintiff's Application For Temporary Restraining Order and Motion For Preliminary Injunction are DENIED as moot.

The Court accepts the briefing schedule proposed in the referenced Status Report, and directs the parties to observe the following deadlines:

1. Defendant shall file the administrative record by CD-ROM, with one courtesy hard copy for the Court, by October 5, 2007;

2. The parties shall file their cross-motions for judgment on the administrative record by October 15, 2007;

3. The parties shall file their reply briefs by October 19, 2007; and

4. Oral argument shall be heard on October 24, 2007 at 2:00 PM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge