# In the United States Court of Federal Claims

**07-700C**

**Filed: October 5, 2007**

**WEEKS MARINE, INC.**

**v.**

**THE UNITED STATES**

**Defendant's Notice of Filing Administrative Record**
**(The Administrative Record is on a CD-ROM)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.