IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WEEKS MARINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-700C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED AMENDED BRIEFING SCHEDULE**

The parties respectfully request that the Court amend the briefing schedule in this matter. Defendant filed the administrative record on October 5, 2007. Plaintiff, however, did not receive the administrative record until Monday, October 8, 2007. Plaintiff therefore needs an additional two days to prepare its cross-motion for judgment on the administrative record. Thus, the parties request that Court enter the following amended briefing schedule:

October 17, 2007 - Cross-motions for Judgment on the Administrative Record

October 22, 2007 - Reply Briefs

Not later than October 26, 2007 - Oral Argument

Because the agency has voluntarily agreed to suspend the issuance of the solicitation at issue here until October 29, 2007, the parties jointly request that the Court issue a ruling, either oral or written, upon this protest by that date.

Counsel for plaintiff, Michael H. Payne, Esq., has authorized defendant to represent that he agrees to this Proposed Briefing Schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

October 9, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of October, 2007, a copy of the foregoing "Proposed Amended Briefing Schedule" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim