# In the United States Court of Federal Claims

No. 07-700C

(Filed: October 10, 2007)

*************************************** *
*
WEEKS MARINE, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On October 9, 2007, counsel for Defendant filed an unopposed motion to amend the briefing schedule set out in the Court's Order dated October 2, 2007. The Court accepts the proposed briefing schedule and directs the parties to observe the following deadlines:

1. The parties shall file their cross-motions for judgment on the administrative record on or before October 17, 2007;

2. The parties shall file their reply briefs on or before October 22, 2007; and

3. Oral argument shall be heard on October 24, 2007 at 2:00 PM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge