IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEEKS MARINE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 07-700C |
| | : | (Judge Wheeler) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 12th day of November, 2007, the Plaintiff’s Motion To Enforce And Amend The Court's Order Dated November 1, 2007 And Request For An Order To Show Cause As To Why The Defendant Should Not Be Found To Be In Contempt Of Court, and Memorandum of Points of Authorities in Support of Plaintiff’s Motion were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779(fax)
mhp@phslegal.com
Attorney of Record for
WEEKS MARINE, INC.