# In the United States Court of Federal Claims

No. 07-700C

(Filed: November 13, 2007)

| | |
|---|---|
| **************************************** | * |
| | * |
| WEEKS MARINE, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| **************************************** | * |

ORDER

The Court has before it Plaintiff's November 12, 2007 motion to enforce and amend the Court's Order dated November 1, 2007, and request for an order to show cause why Defendant should not be found in contempt of Court. Plaintiff's motion relates to four recent Presolicitation Notices issued by the U.S. Army Corps of Engineers, Jacksonville District Office, on November 7 and 8, 2007 for work covered by Solicitation No. W912-07-R-0007 (the previously enjoined solicitation). Plaintiff asserts that the four Presolicitation Notices violate the Court's November 1, 2007 Order.

The Court will conduct a hearing on Plaintiff's motion on Thursday, November 15, 2007 at 8:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Defendant is requested to respond to Plaintiff's motion by 2:00 PM on Wednesday, November 14, 2007, and to provide a courtesy copy to chambers by facsimile or hand delivery. Defendant shall refrain from issuing any solicitation covered by the referenced Presolicitation Notices until after the November 15, 2007 hearing, and then only if authorized by the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge