ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
JAN 14 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEEKS MARINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-700C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's decision in Weeks Marine, Inc. v. United States, 79 Fed.Cl. 22 (2007), which was entered on November 1, 2007, and amended on November 16, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

January 14, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th day of January, 2008, I caused to be placed in the United States mail (first class, postage prepaid) a copy of "DEFENDANT'S NOTICE OF APPEAL" addressed as follows:

Michael H. Payne
Payne, Hackenbracht & Sullivan
220 Commerce Drive, Suite 100
Ft. Washington, PA 19034

______________________