# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

**2008-5032 - GRIFFIN BROADBAND V US**

FILED
JAN 16 2008
U.S. COURT OF FEDERAL CLAIMS

**Date of docketing**: 01/16/2008

**Appeal from**: United States Court of Federal Claims case no. 06-CV-898

**Appellant(s)**: Griffin Broadband Communications, Inc. and Total TV of Fort Irwin, LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Robert K. Steinberg
Joan M. Stentiford

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2008-5032

GRIFFIN BROADBAND COMMUNICATIONS, INC.,
and TOTAL TV OF FORT IRWIN, LLC,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-898, Judge Christine O.C. Miller.

## Authorized Abbreviated Caption[2]

GRIFFIN BROADBAND v US, 2008-5032

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.